1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  DOUGLAS SPRAGUE (CSBN 202121)
   Assistant United States Attorney
5
       450 Golden Gate Avenue
6      San Francisco, California 94102
       Telephone: (415) 436-7128
7      FAX: (415) 436-7234

8  Attorneys for Plaintiff

9
                           UNITED STATES DISTRICT COURT
10
                          NORTHERN DISTRICT OF CALIFORNIA
11
                                   OAKLAND DIVISION
12

13 | UNITED STATES OF AMERICA,       )   No. CR 09-00043 DLJ
                                     )
14 |     Plaintiff,                  )   STIPULATION AND ORDER
                                     )   CONTINUING STATUS DATE AND
15 |   v.                            )   SETTING DATE FOR CHANGE OF PLEA
                                     )
16 | ANTONIO REYES,                  )
                                     )   OAKLAND VENUE
17 |     Defendant.                  )
                                     )
18

19      The parties hereby stipulate and request that the status hearing for defendant Antonio

20 Reyes scheduled for May 22 be vacated and that a date for change of plea be set for May 29 **at

21 9:00 a.m.**  The parties have reached an agreement to resolve defendant Reyes's case, and will be

22 prepared to tender that proposed Plea Agreement to the Court on May 29.  One of defendant

23 Reyes's attorneys, Harris Taback, has authorized government counsel to e-file this stipulation

24 and request on his behalf and with his e-signature. The parties are not requesting an exclusion of

25 time for this one week period.

26 //

27 //

28 //
   **IT IS SO STIPULATED**.

   STIP. AND PROP. ORDER RE: DATE FOR COP
   CR 09-00043 DLJ

| | | |
|---|---|---|
| 1 | DATED:     May 20, 2009 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | | |
| 4 | | By_____/s/_____<br>W. DOUGLAS SPRAGUE |
| 5 | | Assistant U.S. Attorney |
| 6 | DATED:     May 20, 2009 | _____/s/_____<br>HARRIS TABACK |
| 7 | | Attorney for Defendant |

STIP. AND PROP. ORDER RE: DATE FOR COP
CR 09-00043 DLJ                                                2

**UNITED STATES v. ANTONIO REYES; CR 09-00043 DLJ**

**ORDER**

IT IS HEREBY ORDERED that:

1. The status hearing scheduled for May 22, 2009, is VACATED; and
2. This matter is set for change of plea on **May 29, 2009, at 9:00 a.m.**

DATED:    May  21, 2009

_____
D. LOWELL JENSEN
United States District Court Judge

STIP. AND PROP. ORDER RE: DATE FOR COP
CR 09-00043 DLJ                                              3